UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.N., <br><br>                 Plaintiff <br><br>   -against- <br><br> FACEBOOK, INC., <br><br>                 Defendant. | Civ. Action No. 11-2128 (FB)(ALC) <br><br><br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(I) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P.41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff J.N., by and through his guardian, and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Facebook, Inc.


Dated: August 4, 2011
       New York, New York

**SQUITIERI & FEARON, LLP**

/s/ Garry T. Stevens, Jr.
Garry T. Stevens, Jr.
Lee Squitieri
32 East 57th St., 12th Fl
New York New York 10022
Tel:    212-421-6492
Fax:   212-421-6553
garry@sfclasslaw.com
lee@sfclasslaw.com