## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2288 & TITLE - IN RE: Facebook Use of Name and Likeness Litigation

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Plaintiffs Angel Fraley, et al. (see attached list) on behalf of themselves and all others similarly situated

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Fraley v. Facebook, Inc., N.D. Cal., No. 11:CV-01726 LHK (PSG)

11 CV 2128 (FB)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 8/15/2011 | /s/ Robert S. Arns |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Robert S. Arns, The Arns Law Firm, 515 Folsom Street, 3rd Floor, San Francisco, CA, 94105

Telephone No.: (415) 495-7800          Fax No.: (415) 495-7888

Email Address: rsa@arnslaw.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

**Attachment**

**Notice of Appearance MDL No. 2288, In Re Facebook Use of Name and Likeness Litigation**

**Parties represented:**

Plaintiffs Angel Fraley, Paul Wang, Susan Mainzer, James H. Duval by and through James Duval, and William Tait by and throught Russell Tait, on behalf of themselves and all others similarly situated

[By Robert S. Arns, The Arns Law Firm, in *Fraley v. Facebook, Inc.*, N.D. Cal., No. 11:CV-01726 LHK (PSG)]

BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

IN RE FACEBOOK USE OF NAME AND LIKENESS LITIGATION

MDL DOCKET NO. 2288

## CERTIFICATE OF SERVICE

Jonathan Ellsworth Davis (CA Bar # 191346)
Robert Stephen Arns (CA Bar # 65071)
Steven Richard Weinmann (CA Bar # 190956)
**The Arns Law Firm**
515 Folsom St, Floor 3
San Francisco, CA 94105
Ph: 415-495-7800
Fax: 415-495-7888
Email: jed@arnslaw.com
Email: ddl@arnslaw.com
Email: srw@arnslaw.com

Jonathan Matthew Jaffe (CA Bar # 267012)
**Jonathan Jaffe Law**
3055 Hillegass Avenue
Berkeley, CA 94705
Ph: (510) 725-4293
Fax: (510) 868-3393
Email: jmj@jaffe-law.com

Attorneys for Plaintiffs:

**Angel Fraley, Paul Wang, James H Duval,** *a minor, by and through JAMES DUVAL, as Guardian ad Litem,* **William Tait** *a minor, by and through RUSSEL TAIT, as Guardian ad Litem,* **and Susan Mainzer** *individually and on behalf of all others similarly situated*

## CERTIFICATE OF SERVICE

I, Alexis Bloom, certify that on August 16, 2011, I served the following documents:

**NOTICE OF APPEARANCE w/ ATTACHMENT**, via United States Mail,

as indicated below.

Dated: August 16, 2011

Alexis Bloom

### SERVICE LIST – MDL 2288 LITIGATION

#### COURTS

| | |
|---|---|
| Clerk of the Court, Civil Division<br>United States District Court<br>NORTHERN DISTRICT OF CALIFORNIA<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102<br><br>Case No. 3:10-cv-05282-RS | Clerk of the Court, Civil Division<br>United States District Court<br>SOUTHERN DISTRICT OF ILLINOIS<br>750 Missouri Avenue<br>East St. Louis, IL 62201<br><br>Case No. 3:11-cv-00461-GPM-SCW |
| Clerk of the Court, Civil Division<br>United States District Court<br>NORTHERN DISTRICT OF CALIFORNIA<br>Robert F. Peckham Federal Building<br>280 South 1st Street<br>San Jose, CA 95113<br><br>Case Nos. 5:11-cv-01726-LHK; and<br>5:11-cv-03287-LHK | Clerk of the Court, Civil Division<br>United States District Court<br>EASTERN DISTRICT OF NEW YORK<br>225 Cadman Plaza East<br>Brooklyn, NY 11201<br><br>Case No. 1:11-cv-02128-FB-ALC |

SERVICE LIST – MDL 2288 LITIGATION

PARTIES

*Cohen, et al. v. Facebook, Inc.*
U.S. District Court, California Northern District (San Francisco)
CIVIL CASE #: 3:10-cv-05282-RS

**Attorneys for Plaintiffs:**
**Robyn Cohen, Shannon Stoller, Christopher Marshall, Bryan Siglock, and Debra Lewin,**
*all individually and on behalf of all others similarly situated*

| | |
|---|---|
| Jay Matheson Spillane<br>Alex M. Weingarten<br>Eric Bennett Carlson<br>**Spillane Weingarten LLP**<br>1100 Glendon Avenue, Suite 1200<br>Los Angeles, CA 90024<br>Ph: 310-229-9300<br>Fax: 310-229-9380<br>Email: jspillane@spillaneweingarten.com<br>Email: aweingarten@spillaneweingarten.com<br>Email: ecarlson@spillaneweingarten.com | Gene Franklin Williams<br>Marc Primo<br>**Initiative Legal Group APC**<br>1800 Century Park East, 2nd Floor<br>Los Angeles, CA 90067<br>Ph: 310-556-5637<br>Fax: 310-861-9051<br>Email: gwilliams@initiativelegal.com<br>Email: mprimo@initiativelegal.com |

**Attorneys for Defendant:**
**FACEBOOK, INC.**

| | |
|---|---|
| Michael G. Rhodes<br>Matthew D. Brown<br>Jeffrey M. Gutkin<br>COOLEY LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: 415-693-2000<br>Facsimile: 415-693-2222<br>E-mail: rhodesmg@cooley.com<br>E-mail: brownmd@cooley.com<br>E-mail: jgutkin@cooley.com | |

3

*J.N.D., et al. v. Facebook, Inc.*
U.S. District Court, California Northern District (San Jose)
CIVIL CASE #: 5:11-cv-03287-LHK

**Attorneys for Plaintiffs:**

**J. N. D., J. B. D.**, *minors, by and through JIM DOWNEY, as Guardian ad Litem, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| Mark John Tamblyn<br>Ian James Barlow<br>**Wexler Wallace LLP**<br>455 Capitol Mall, Suite 231<br>Sacramento, CA 95814<br>Ph: (916) 492-1100<br>Fax: (916) 492-1124<br>Email: mjt@wexlerwallace.com<br>Email: ijb@wexlerwallace.com | Garry T. Stevens, Jr.<br>Lee Squitieri<br>**Squitieri & Fearon, LLP**<br>32 E. 57th Street, 12th Floor<br>New York, NY 10022<br>Ph: 212-421-6492<br>Fax: 212-421-6553<br>Email: lee@sfclasslaw.com |

**Attorneys for Defendant:**
**FACEBOOK, INC.**

| | |
|---|---|
| Michael G. Rhodes<br>Matthew D. Brown<br>Jeffrey M. Gutkin<br>COOLEY LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: 415-693-2000<br>Facsimile: 415-693-2222<br>E-mail: rhodesmg@cooley.com<br>E-mail: brownmd@cooley.com<br>E-mail: jgutkin@cooley.com | |

*E.K.D., et al v. Facebook, Inc.*
U.S. District Court, Southern District of Illinois (East St. Louis)
CIVIL CASE #: 3:11-cv-00461-GPM –SCW

**Attorneys for Plaintiffs:**
**E.K.D.,** *by her next friend, MELISSA K. DAWES,* **C.M.D.** *by his next friend, JENNIFER E. DEYOUNG, individually and on behalf of all others similarly situated*

| | |
|---|---|
| Aaron M. Zigler<br>Steven A. Katz<br>**Korein Tillery, LLC**<br>U.S. Bank Plaza<br>505 N. 7th Street, Suite 3600<br>St. Louis, MO 63101<br>Ph: 314-241-4844<br>Fax: 314-241-3525<br>Email: azigler@koreintillery.com<br>Email: skatz@koreintillery.com | |

**Attorneys for Defendant:**
**FACEBOOK, INC.**

| | |
|---|---|
| Michael G. Rhodes<br>Matthew D. Brown<br>Jeffrey M. Gutkin<br>COOLEY LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: 415-693-2000<br>Facsimile: 415-693-2222<br>E-mail: rhodesmg@cooley.com<br>E-mail: brownmd@cooley.com<br>E-mail: jgutkin@cooley.com | |

## *J.N. v. Facebook, Inc.*
U.S. District Court, Eastern District of New York (Brooklyn)
CIVIL CASE #: 1:11-cv-02128-FB-ALC

**Attorneys for Plaintiffs:**

**J. N.** *a minor, by and through his parent SCOTT NASTRO, on behalf of himself and all others similarly situated*

| | |
|---|---|
| Lee Squitieri<br>**Squitieri & Fearon, LLP**<br>32 East 57th Street, 12th Floor<br>New York, NY 10022<br>Ph: (212) 421-6492<br>Fax: (212) 421-6553<br>Email: lee@sfclasslaw.com | |

**Attorneys for Defendant:**
**FACEBOOK, INC.**

| | |
|---|---|
| Michael G. Rhodes<br>Matthew D. Brown<br>Jeffrey M. Gutkin<br>COOLEY LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: 415-693-2000<br>Facsimile: 415-693-2222<br>E-mail: rhodesmg@cooley.com<br>E-mail: brownmd@cooley.com<br>E-mail: jgutkin@cooley.com | |

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __2288__ & TITLE - IN RE: __Facebook Use of Names and Likeness Litigation__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

**Fraley v. Facebook, Inc., N.D. Cal., No. 11:CV-01726 LHK (PSG)**

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Angel Fraley et al.__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

    This party's parent, subsidiary and other affiliate corporations are listed below (for affiliates, briefly describe nature of affiliation; attach separate document if necessary)

    The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

    The following publicly-held corporation(s), although not parties to the matter, have a financial interest in the outcome of the matter (e.g., by reason of insurance, a franchise agreement, or an indemnity agreement). Briefly describe the nature of the interest. (Note: parent, subsidiary, or affiliate corporations of a publicly-held corporation that falls within this category need not be disclosed.)

**OR**

X   This party does not have any parent, subsidiary or affiliate corporations; no publicly-held corporation owns 10% or more of the party's stock; and no publicly-held corporation has a financial interest in the outcome of the matter.

| | |
|---|---|
| **s/ Robert S. Arns** | **The Arns Law Firm** |
| Signature of Attorney | Name of Firm |
| **515 Folsom Street, 3rd Floor** | **San Francisco, CA, 94105** |
| Address | City/State/Zip Code |

Date **8/2/2011**

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

**Attachment**

**Corporate Disclosure Statement, MDL No. 2288, In Re Facebook Use of Name and Likeness Litigation**

**Parties represented:**

Plaintiffs Angel Fraley, Paul Wang, Susan Mainzer, James H. Duval by and through James Duval, and William Tait by and throught Russell Tait, on behalf of themselves and all others similarly situated

[By Robert S. Arns, The Arns Law Firm, in *Fraley v. Facebook, Inc.*, N.D. Cal., No. 11:CV-01726 LHK (PSG)]